## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NATHAN DUANE CAGLE,

      Petitioner,

v.                                                          Case No: 8:16-cv-1619-T-30TGW

UNITED STATES OF AMERICA,

      Respondent.

_____

## <u>ORDER OF DISMISSAL</u>

Before the Court is the Unopposed Motion to Lift Stay and Dismiss 28 U.S.C. § 2255 Motion without Prejudice (Doc. 4), in which Petitioner requests his Motion to Vacate, Set Aside, or Correct Sentence (Doc. 1) be voluntarily dismissed without prejudice. Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Clerk is directed to reopen this case.

2.     Petitioner's Unopposed Motion to Lift Stay and Dismiss 28 U.S.C. § 2255 Motion without Prejudice (Doc. 4) is GRANTED.

3.     Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 1) is DISMISSED without prejudice.

4.     All pending motions are denied as moot.

5.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of March, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

2